**No. 42372.**—Protest 988978–G of General Printing Ink Corp. (New York).

Opinion by KEEFE, J.  It was stipulated that the merchandise consists of honing stone slips and honing stones the same as those the subject of Abstract 36742.  The claim for free entry under paragraph 1692 was therefore sustained.

**No. 42373.**—Protests 963954–G, etc., of Chinatown Emporium, Inc., et al. (New York).

Opinion by KEEFE, J.  It was stipulated that the merchandise consists of spiral joss sticks or incense coils the same as those the subject of Abstract 40933.  The claim for free entry under paragraph 1703 was therefore sustained.

**No. 42374.**—Protest 961103–G of Premier Dental Products Co. (Philadelphia).

Opinion by KEEFE, J.  It was admitted that the powder could not be used by itself as a cement.  On the authority of *Premier Dental Products Co.* v. *United States* (T. D. 49301) the protest was overruled.

**No. 42375.**—Protest 956033–G of Oviatt Importing Co. (Los Angeles).

Opinion by KEEFE, J.  The court was unable to find that the requirements of paragraph 813, granting allowance for breakage, were complied with by the importer within the specified time.  *Juillard* v. *United States* (C. D. 163) cited.  On the record presented the protest was overruled.

**No. 42376.**—Protest 978859–G of Steinberger Bros. Glove Corp. (New York).

Opinion by KEEFE, J.  It was found that the evidence showed that the gloves in question were short shipped and the protest was accordingly sustained.

**No. 42377.**—Protests 987831–G, etc., of S. Marino & Co., Inc., et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42378.**—Protests 581914–G, etc., of Cosimo Daniele et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.